[No. 18144–1–I.   Division One.   September 14, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. SENITULI TAIAMONI FONUA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–03132–2, Richard M. Ishikawa, J., entered March 12, 1986. *Affirmed* by unpublished opinion

per Swanson, J., concurred in by Williams and Pekelis, JJ.